IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK A. WALSKI,

        Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                              Case No. 12-cv-844-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered affirming defendant Carolyn W. Colvin's decision denying plaintiff Mark A. Walski's application for disability insurance benefits.

_Peter Oppeneer_                          10/9/13
Peter Oppeneer, Clerk of Court             Date